IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BISHOP CARZELL GRAHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 11-CV-3434 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION**

SUE E. MYERSCOUGH, U.S. District Judge:

This cause is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody pursuant to 28 U.S.C. § 2255 (Petition) (d/e 1) and Petitioner's Motion Pursuant to Rule 4(B) of Rules Governing Section 2255 Proceeding (Motion) (d/e 3).

After a review of the § 2255 Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, the Court directs the Government to respond to the § 2255 Petition. The response shall discuss the merits and the procedural posture of the § 2255 Petition. See Rule 5 of the Rules Governing § 2255 Proceedings.

THEREFORE, Petitioner's Motion (d/e 3) is GRANTED. The Government is ordered to file on or before January 9, 2012, an answer, pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, to Petitioner's § 2255 Petition.

Petitioner is given until January 30, 2012, to file any reply.

ENTER: December 7, 2011.

FOR THE COURT:

s/Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE